RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOV 20 2019

FILED
DOCKETED
DATE
INITIAL

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

**9th Cir. Case Number(s)** | 19-17061

**Case Name** | Kennedy v Patelco Credit Union, et al.

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** without prejudice [signature] | **Date** 11/11/2019

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal.

Please state your issues on appeal. (*attach additional pages if necessary*)

see attachment a + b

Nunc Pro Tunc
All Rights Reserved.

[signature]

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4 | 1 | Rev. 12/01/2018

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ | $ |
| Self-Employment | $ 0 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |
| Interest and Dividends | $ 0 | $ | $ | $ |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child Support | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 1400 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment Payments | $ 0 | $ | $ | $ |
| Public-Assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify) | $ 0 | $ | $ | $ |
| TOTAL MONTHLY INCOME: | $ 1391 | $ | $ | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4            2            Rev. 12/01/2018

2. *List your employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| none | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |

3. *List your spouse's employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| none | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4      3      Rev. 12/01/2018

4. How much cash do you and your spouse have?  $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| PSECU | Check | $ 100.00 | $ |
| PSECU | Savings | $ 5.00 | $ |
|  |  | $ | $ |
|  |  | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| none | $ |  | $ |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| none |  |  | $ |

| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| none |  |  | $ |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4     4     Rev. 12/01/2018

| Other Assets | Value |
|---|---|
| none | $ |
|  | $ |
|  | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| none | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.

| Name | Relationship | Age |
|---|---|---|
| none |  |  |
|  |  |  |
|  |  |  |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**　　　　　5　　　　　*Rev. 12/01/2018*

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 630 | $ |
| - Are real estate taxes included? ◉ Yes ○ No <br> - Is property insurance included? ○ Yes ◉ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 20 | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ 400 | $ |
| Clothing | $ 100 | $ |
| Laundry and dry-cleaning | $ 30 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 20 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 100 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| - Homeowner's or renter's | $ 0 | $ |
| - Life | $ 0 | $ |
| - Health | $ 0 | $ |
| - Motor Vehicle | $ 0 | $ |
| - Other | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| Specify | $ 0 | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**        6        *Rev. 12/01/2018*

|  | You | Spouse |
|---|---|---|
| Installment payments |  |  |
| - Motor Vehicle | $ 0 | $ |
| - Credit Card (name) | $ 0 | $ |
| - Department Store (name) | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify) Misc | $ 100 | $ |
| **TOTAL MONTHLY EXPENSES** | $ 1400 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?* ◯ Yes  ◉ No

   If Yes, describe on an attached sheet.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?* ◯ Yes  ◉ No

   If Yes, how much? $ _____

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

   I took (optional) Oaths of Poverty in a Church of God at my Investiture and Ordination.

   I am a Papal Knight, and my title is Chevallier Reverend.

12. *State the city and state of your legal residence.*

   City: domicile - Reading    State: Pa

   Your daytime phone number (ex., 415-355-8000) 415-275-1244

   Your age: 66    Your years of schooling: 20

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4 — 7 — Rev. 12/01/2018

ATTACHMENT A + B
STATEMENT

I, Edward Thomas Kennedy, hereinafter "Appellant", am one of the people of Pennsylvania, and he reserves all rights without prejudice nunc pro tunc pursuant to UCC 1-308.

2. This Statement supports the Appellant's Appeal.

3. The Appellant Appeals for he is the damaged party in harmony with the common law.

4. The Certification of Birth of the Appellant filed on November 3, 1953, State File Number: XXXXX6-1953, and filed in the Commonwealth of Pennsylvania, Department of Health, Vital Records, is prima facie evidence that the Appellant is the beneficiary of the trust.

5. The US Courts and modern Attorenys in American BAR private membership associations are not the beneficiaries of said trust but are Trustees.

6. Appellant makes and made a sufficient, timely, and explicit reservation of rights pursuant to UCC 1-308 and insists that the statutes be construed in harmony with the Common Law.

7. Appellant reserves his right not to be compelled to perform under any contract, commercial agreement or bankruptcy that he did not enter knowingly, voluntarily, and intentionally.

8. Appellant does not and will not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement or bankruptcy.

9. All US Courts are courts of record, with all the qualities and incidents of a court of record at common law.

10. Appellant can sue under the Common Law for violating his rights under the Uniform Commercial Code and US Courts must construe statutes in harmony with the Common Law.

11. The lower court made a judicial determination that UCC 1-308 (old 1-207) and UCC 1-103 of the Uniform Commercial Code are not valid law, a mistake pursuant to UCC 1-308 in fact and law.

1

12. No court has Admiralty/Maritime Jurisdiction unless there is a valid international maritime contract that has been breached.

13. The Appellant did not know that he got involved with an international maritime contract, so, in good faith, Appellant hereby denies that such a contract exists.

14. Pursuant to section 3-501 of the Uniform Commercial Code ("UCC"), Appellant requests to place the [alleged] contract into evidence, so that Appellant may examine and [possibly] challenge the validity of the contract.

15. UCC 1-103.6, says: The Code is complementary to the Common Law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the Common Law unless there is a clear legislative intent to abrogate the Common Law.

16. The UCC Code recognizes the Common Law, which was written so as not to abolish t6he Common Law entirely.

17. The UCC Code cannot be read to preclude a Common Law action.

18. The Uniform Commercial Code ("UCC") is private international law that is owned by Unidroit.

19. Appellant believes Unidroit is owned and operated by the Vatican.

20. Appellant studied law under the jurisdiction of the Secretary of State of the Vatican.

21. Appellant believes his lawful status and his title of Chevallier Reverend ("Chev. Rev.") is higher than all modern BAR Attorney(s) and their private membership association's title of Esquire.

22. <u>Appellant requests the higher Court to uphold the UCC code on Appeal.</u>

all rights reserved without prejudice

*without prejudice*

_[signature]_
Edward Thomas Kennedy

Date: 11/11/2019

2

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH**
**VITAL RECORDS**

# Certification of Birth

Date of Birth: ███████ 1953

State File Number: ████6-1953

Date Issued: **JANUARY 27, 2017**

Date Filed: **NOVEMBER 03, 1953**

Name: **EDWARD THOMAS KENNEDY**

Sex: **MALE**

Time of Birth: **06:52 PM**

Place of Birth: **SCHUYLKILL COUNTY
POTTSVILLE, PENNSYLVANIA**

Mother/Parent's Name before first marriage: **ROSE A DISARRO**

Father/Parent's Name: **THOMAS P KENNEDY**

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

*Debra M. Romberger*
Debra M. Romberger
State Registrar

H105.105.1D Rev. (6/2016)

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER
DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

0002599371