# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

Kennedy
Appellant(s),

9th Cir. Case No. 19-17061-JSW

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOV 20 2019

FILED
DOCKETED
DATE          INITIA

v.

Patelco Credit Union, et Al.,
Appellee(s).

## STATEMENT THAT APPEAL SHOULD GO FORWARD
(attach additional sheets as necessary)

1. Date(s) of entry of judgment or order(s) you are challenging in this appeal:

   Order Filed October 25 2019

2. What claims did you raise to the court below?

   see Attachment A + B
   Statement

   All rights reserved

   [signature: Peter R. Kennedy]

3. What do you think the court below did wrong? (You may, but need not, refer to cases and statutes.)

See Attachment A + B Statement

4. Why are these errors serious enough that this appeal should go forward?

See Attachment A + B

5. Additional Information:

NONE

Dated: 11/1/2019

without prejudice
Edward Thomas Kennedy
Print Name(s)
without prejudice
[signature]
Signature(s)

Appellant(s) in Pro Se

ATTACHMENT A + B
STATEMENT

I, Edward Thomas Kennedy, hereinafter "Appellant", am one of the people of Pennsylvania, and he reserves all rights without prejudice nunc pro tunc pursuant to UCC 1-308.

2. This Statement supports the Appellant's Appeal.

3. The Appellant Appeals for he is the damaged party in harmony with the common law.

4. The Certification of Birth of the Appellant filed on November 3, 1953, State File Number: XXXXX6-1953, and filed in the Commonwealth of Pennsylvania, Department of Health, Vital Records, is prima facie evidence that the Appellant is the beneficiary of the trust.

5. The US Courts and modern Attorenys in American BAR private membership associations are not the beneficiaries of said trust but are Trustees.

6. Appellant makes and made a sufficient, timely, and explicit reservation of rights pursuant to UCC 1-308 and insists that the statutes be construed in harmony with the Common Law.

7. Appellant reserves his right not to be compelled to perform under any contract, commercial agreement or bankruptcy that he did not enter knowingly, voluntarily, and intentionally.

8. Appellant does not and will not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement or bankruptcy.

9. All US Courts are courts of record, with all the qualities and incidents of a court of record at common law.

10. Appellant can sue under the Common Law for violating his rights under the Uniform Commercial Code and US Courts must construe statutes in harmony with the Common Law.

11. The lower court made a judicial determination that UCC 1-308 (old 1-207) and UCC 1-103 of the Uniform Commercial Code are not valid law, a mistake pursuant to UCC 1-308 in fact and law.

12. No court has Admiralty/Maritime Jurisdiction unless there is a valid international maritime contract that has been breached.

13. The Appellant did not know that he got involved with an international maritime contract, so, in good faith, Appellant hereby denies that such a contract exists.

14. Pursuant to section 3-501 of the Uniform Commercial Code ("UCC"), Appellant requests to place the [alleged] contract into evidence, so that Appellant may examine and [possibly] challenge the validity of the contract.

15. UCC 1-103.6, says: The Code is complementary to the Common Law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the Common Law unless there is a clear legislative intent to abrogate the Common Law.

16. The UCC Code recognizes the Common Law, which was written so as not to abolish t6he Common Law entirely.

17. The UCC Code cannot be read to preclude a Common Law action.

18. The Uniform Commercial Code ("UCC") is private international law that is owned by Unidroit.

19. Appellant believes Unidroit is owned and operated by the Vatican.

20. Appellant studied law under the jurisdiction of the Secretary of State of the Vatican.

21. Appellant believes his lawful status and his title of Chevallier Reverend ("Chev. Rev.") is higher than all modern BAR Attorney(s) and their private membership association's title of Esquire.

22. Appellant requests the higher Court to uphold the UCC code on Appeal.

all rights reserved without prejudice

*without prejudice*

*[signature]*
Edward Thomas Kennedy

Date: 11/11/2019

2

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH**
**VITAL RECORDS**

# Certification of Birth

Date of Birth:  1953

State File Number:  6-1953

Date Issued: **JANUARY 27, 2017**

Date Filed: **NOVEMBER 03, 1953**

Name: **EDWARD THOMAS KENNEDY**

Sex: **MALE**

Time of Birth: **06:52 PM**

Place of Birth: **SCHUYLKILL COUNTY POTTSVILLE, PENNSYLVANIA**

Mother/Parent's Name before first marriage: **ROSE A DISARRO**

Father/Parent's Name: **THOMAS P KENNEDY**

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

*Debra M. Romberger*
Debra M. Romberger
State Registrar



THE DOCUMENT FACE CONTAINS A YELLOW BACKGROUND AND EMBOSSED SEAL
THE BACK CONTAINS SPECIAL LINES WITH TEXT

H105.105.1D Rev. (6/2016)　**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

0002599371